# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149376

HEATHER ROSE PHILLIPS,
　　　　Plaintiff-Appellee,

and

IAN PIPER
　　　　Intervening Plaintiff-Appellant,

v

SHANE JOSEPH PHILLIPS,
　　　　Defendant-Appellee.

SC: 149376
COA: 315429
Alpena CC: 11-004101-DM

_____/

On order of the Court, the application for leave to appeal the April 17, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014

Clerk

s0721